JANUARY 14, 2003

No. 02–8451 (02A566). IN RE GALLAMORE. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–8483 (02A560). GALLAMORE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 535 U. S. 1021. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion for leave to file petition for rehearing denied.

JANUARY 16, 2003

No. 02–8457 (02A568). REVILLA v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

JANUARY 17, 2003

No. 02–6896. LOWREY v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari dismissed under this Court's Rule 46.